IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSANVILLE INDIAN RANCHERIA,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

No. CIV S- 13-0408 KJM EFB

CONSOLIDATED TRIBAL HEALTH
PROJECT, INC.,

    Plaintiff,

vs.

UNITED STATES OF AMERICA
et al.,

    Defendants.
_____/

No. CIV S-13-0568 TLN KJN

RELATED CASE ORDER

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the

/////

1  assignment of these matters to the same judge is likely to effect a substantial savings of judicial
2  effort and is likely to be convenient for the parties.
3        The parties should be aware that relating cases under Rule 123 causes the actions
4  to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
5  cases are generally assigned to the judge and magistrate judge to whom the first filed action was
6  assigned.
7        As a result, it is hereby ORDERED that CIV S-13-0568 is reassigned from
8  District Judge Troy L. Nunley to the undersigned and from Magistrate Judge Kendall J. Newman
9  to Magistrate Judge Edmund F. Brennan.  Henceforth, the caption on documents filed in the
10 reassigned case shall be shown as: CIV S-13-0568 KJM EFB.
11       It is further ORDERED that the Clerk of the Court make appropriate adjustment
12 in the assignment of civil cases to compensate for this reassignment.
13       IT IS SO ORDERED.
14 DATED: April 16, 2013.

                                        UNITED STATES DISTRICT JUDGE