BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for: Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANVILLE INDIAN RANCHERIA, ) | CASE NO. 2:13-cv-00408-KJM-EFB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **STIPULATION TO A FOUR-WEEK** |
| UNITED STATES OF AMERICA, SYLVIA M. ) | **EXTENSION OF TIME TO FILE** |
| BURWELL, in her official ) | **DISPOSITIONAL DOCUMENTS;** |
| capacity as Secretary, U.S. Department of ) | **AND** ~~**PROPOSED**~~ **ORDER** |
| Health & Human Services; YVETTE ) | |
| ROUBIDEAUX, in her official capacity as ) | |
| Director, Indian Health Service, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Susanville Indian Rancheria, and Defendants United States of America, Sylvia M. Burwell, Secretary of the United States Department of Health and Human Services, and Yvette Roubideaux, Acting Director of the Indian Health Service, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to the following:

(1)   The parties settled the above-captioned case following a settlement conference held on May 30, 2014, and a further telephonic settlement conference held on June 9, 2014, both of which were conducted with the assistance of the Honorable Edmund F. Brennan.

(2)   On June 10, 2014, the Court issued an Order directing the parties to file dispositional documents by August 8, 2014.

STIPULATION AND ~~PROPOSED~~ ORDER        1
CASE NO. 2:13-cv-00408-KJM-EFB

(3) On July 8, 2014, the parties filed a Stipulation of Settlement, pursuant to which the parties agreed that the settlement amount would be paid out of the Judgment Fund as soon as practicable, consistent with the normal processing procedures of the Department of Justice and the Department of Treasury.

(4) The Department of Justice and the Department of Treasury are following their normal processing procedures, but payment of the settlement amount has not yet been made.

(5) Accordingly, the parties respectfully ask the Court to extend the deadline for the filing of dispositional documents from August 8, 2014, to September 5, 2014.

Dated: August 5, 2014                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Edward A. Olsen*
                                         EDWARD A. OLSEN
                                         Assistant United States Attorney
                                         Attorneys for Defendants

Dated: August 5, 2014                    HOBBS, STRAUS, DEAN & WALKER, LLP

                                         */s/ Adam Bailey*
                                         ADAM P. BAILEY
                                         GEOFFREY D. STROMMER
                                         STEPHEN D. OSBORNE
                                         Attorneys for Plaintiff

### [~~PROPOSED~~] ORDER

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Dated: August 6, 2014.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER         2
CASE NO. 2:13-cv-00408-KJM-EFB